# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> ZYNGA INC., and CHARTBOOST, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 22-00590-VAC <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANTS' PARTIAL MOTION TO DISMISS COMPLAINT
## PURSUANT TO FED. R. CIV. P. 12(B)(6) AND 35 U.S.C. § 101

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and 35 U.S.C. § 101 Defendants Zynga Inc. and Chartboost, Inc. move to partially dismiss with prejudice Count Four of Plaintiff International Business Machines Corporation's Complaint (D.I. 1). Defendants' motion relies on the pleadings and its opening brief, filed contemporaneously herewith.

|  |  |
|---|---|
| OF COUNSEL: <br><br> Clement Seth Roberts <br> Orrick, Herrington & Sutcliffe LLP <br> The Orrick Building <br> 405 Howard Street <br> San Francisco, CA 94105-2669 <br> (415) 773-5700 <br><br> Alyssa Caridis <br> Jake O'Neal <br> Orrick, Herrington & Sutcliffe LLP <br> 777 South Figueroa Street Suite 3200 <br> Los Angeles, CA 90017 <br> (213) 629-2020 | */s/ Kelly E. Farnan* <br> Kelly E. Farnan (#4395) <br> Valerie A. Caras (#6608) <br> Richards, Layton & Finger, P.A. <br> One Rodney Square <br> 920 North King Street <br> Wilmington, DE 19801 <br> (302) 651-7700 <br> farnan@rlf.com <br> caras@rlf.com <br><br> *Attorneys for Defendants Zynga Inc. and Chartboost, Inc.* |

Richard F. Martinelli
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, New York 10019
(212) 506-5000

Evan D. Brewer
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7343

Dated: June 23, 2022