IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ZYNGA INC., and CHARTBOOST, INC.,<br>",<br><br>Defendants. | Civil Action No. 22-590-GBW |

## ORDER

At Wilmington this 30th day of October, 2023:

For the reasons set forth in the Memorandum Opinion issued this day, **IT IS HEREBY ORDERED** that the Court construes the following claim terms of U.S. Patent Nos. 7,072,849 ("the '849 patent"), 7,631,346 ('346 patent) and 7,702,719 ('719 patent) as follows:

| '849 Patent ||
|---|---|
| **Claim Term** | **Court's Construction** |
| **Agreed-Upon Terms** ||
| Preamble<br><br>Claims 1, 8, 13, 14, 21 | limiting |
| Structuring [the] advertising in a manner compatible to that of the applications so that [it/advertising] may be presented<br><br>Claims 1, 13, 14 | formatting [the] advertising for potential use with a plurality of applications |

| '849 Patent ||
|---|---|
| **Claim Term** | **Court's Construction** |
| **Disputed Terms** ||
| selectively storing advertising objects at a store established at the reception system<br><br>Claims 1, 13, 14<br>(already construed in IBM v. Rakuten) | pre-fetching advertising objects and storing them at a store established at the reception system in anticipation of display concurrently with the applications |
| User reception system/user reception systems including a monitor<br><br>Claims 1, 8, 13, 14, 21 | A personal computer or other smart user terminal<br><br>A personal computer or other smart user terminal including a monitor |
| presented . . . at a second portion of one or more screens of display concurrently with [user requested] applications<br><br>Claims 1, 13, 14 | presented … at a second area of one or more screens of display concurrently with applications |
| Applications<br><br>Claims 1, 4, 7, 8, 13, 14, 17, 20, 21 | information events composed of a sequence of one or more pages opened at a screen |

| '346 Patent ||
|---|---|
| **Claim Term** | **Court's Construction** |
| **Agreed-Upon Terms** ||
| Preamble<br><br>Claim 1 | limiting |
| Protected Resource(s)<br><br>Claims 1 | an application, an object, a document, a page, a file, executable code, or other computational resource, communication-type resource, etc., identified by a Uniform Resource Locator (URL), or more generally, a Uniform Resource Identifier (URI), that can only be accessed by an authenticated and/or authorized user |
| Federated computing environment<br><br>Claims 1 | an environment having a loosely coupled affiliation of a plurality of distinct enterprises that adhere to certain standards of interoperability; the federation provides a mechanism for trust among those enterprises with respect to certain computational operations for the users within the federation |

| '346 Patent ||
|---|---|
| **Claim Term** | **Court's Construction** |
| **Disputed Terms** ||
| Single-sign-on operation<br><br>Claims 1-4 | a process by which a user is not required to take an action that provides credentials, or that plays a role in launching a provision of credentials on the user's behalf, to gain access to a second entity's resources after the user has been authenticated with a first entity |
| Authentication<br><br>Claims 1, 3, 4 | the process of validating a set of credentials that are provided by a user or on behalf of a user |
| triggering a single-sign-on operation on behalf of the user<br><br>Claim 1 | No construction necessary |
| Distributed data processing system<br><br>Claim 1 | computers connected through a network that perform data processing |
| Identifier associated with the user<br><br>Claims 1, 13 | Information that uniquely identifies the user |

| '719 Patent ||
|---|---|
| **Claim Term** | **Court's Construction** |
| **Agreed-Upon Term** ||
| View generating . . . logic associated with the application<br><br>Claims 1, 12, 26 | program code that generates a screen or window representation of a subset of the model that the application chooses to display |
| Controller logic associated with the application<br><br>Claims 1, 12, 26 | program code that processes user requests and causes the model to be changed and/or the view to be refreshed |
| **Disputed Terms** ||
| Model associated with the application<br><br>Claims 1, 26 | the data, rules, and algorithms affecting the data associated with the application |

3

| '719 Patent ||
|---|---|
| Claim Term | Court's Construction |
| the client and the server both locally . . . execute the view-generating and controller logic<br><br>Claims 1, 26 | "view-generating logic" and "controller logic" executed on client must be the same "view-generating logic" and "controller logic" executed on the server, or some subset thereof |

 

_____
GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE