# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff, | |
| v. | |
| ZYNGA INC., and CHARTBOOST, INC., | |
| Defendants. | |

C.A. No. 22-590-GBW

**JURY TRIAL DEMANDED**

## STIPULATION TO AMEND SCHEDULING ORDER AND REGARDING DEPOSITIONS

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto and subject to the approval of the Court, that:

1. The following deadlines in the Amended Scheduling Order (D.I. 89) are extended as follows:

| Event | Current Deadline | Modified Deadline |
|---|---|---|
| Defendants Provide Final Invalidity Contentions | December 12, 2023 | No Change |
| Close of Fact Discovery | December 19, 2023 | January 12, 2024 |
| Plaintiff Performs First Narrowing of Asserted Claims | December 27, 2023 | January 19, 2024 |
| Defendants Perform First Narrowing of Invalidity References | January 9, 2024 | January 26, 2024 |
| Initial FRCP 26(a)(2) Disclosure of Expert Testimony | January 12, 2024 | February 2, 2024 |
| Last Day For Supplemental Disclosure of Expert Testimony to Contradict or Rebut Evidence on the Same Matter Identified By Another Party | February 8, 2024 | March 1, 2024 |
| Plaintiff Performs Second Narrowing of Asserted Claims | February 29, 2024 | March 12, 2024 |

| Reply Expert Reports From the Party with the Initial Burden of Proof | February 29, 2024 | March 19, 2024 |
|---|---|---|
| Defendants Perform Second Narrowing of Invalidity References | March 7, 2024 | March 19, 2024 |
| Close of Expert Discovery | March 14, 2024 | March 29, 2024 |
| Opening Case Dispositive and Daubert Motions | March 21, 2024 | April 5, 2024 |
| Responses to Case Dispositive and Daubert Motions | April 11, 2024 | April 22, 2024 |
| Replies to Case Dispositive and Daubert Motions | April 25, 2024 | April 29, 2024 |

All other deadlines set forth in the Amended Scheduling Order shall remain the same.

2. The parties shall not notice any additional depositions, or serve any additional deposition subpoenas, absent good cause (such as the need to authenticate third-party documents or in view of newly discovered information), except for:

   a. Defendants may serve deposition subpoenas on Paula Vancini and Marilyn McSweeney.

   b. The parties may serve Rule 30(b)(1) deposition notices seeking the deposition of any individual that another party designates to testify in response to a Rule 30(b)(6) notice. Any such notices will be served prior to the Rule 30(b)(6) deposition of those individuals, and the Rule 30(b)(1) deposition will take place on the same day as the Rule 30(b)(6) deposition.

3. Each side may take up to 100 hours of fact deposition testimony. The parties will meet and confer in good faith concerning whether modifications to this limit are necessary when the stay is lifted as to IBM's claims of infringement for the '346 Patent.

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | FARNAN LLP |
| By: */s/ Bindu A. Palapura* <br>    David E. Moore (#3983) <br>    Bindu A. Palapura (#5370) <br>    Andrew L. Brown (#6766) <br>    Hercules Plaza, 6th Floor <br>    1313 N. Market Street <br>    Wilmington, DE  19801 <br>    Tel:  (302) 984-6000 <br>    dmoore@potteranderson.com <br>    bpalapura@potteranderson.com <br>    abrown@potteranderson.com | By: */s/ Michael J. Farnan* <br>    Brian E. Farnan (#4089) <br>    Michael J. Farnan (#5165) <br>    919 North Market Street, 12th Floor <br>    Wilmington, DE 19801 <br>    Tel: (302) 777-0300 <br>    bfarnan@farnanlaw.com <br>    mfarnan@farnanlaw.com |

*Attorneys for Plaintiff International Business Machines Corporation*

*Attorneys for Defendants Zynga Inc. and Chartboost, Inc.*

Dated:  December 5, 2023
11192242 / 00311.00032

     IT IS SO ORDERED this \_\_\_\_ day of _____, 2023.

 

_____
The Honorable Gregory B. Williams
United States District Judge