IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>      Plaintiff,<br><br>   v.<br><br>ZYNGA INC.,<br><br>      Defendant. | C.A. No. 22-cv-590-GBW |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 22, 2024, a copy of Supplemental Expert Report of Kevin C. Almeroth, Ph.D. on Non-Infringement of U.S. Patent No. 7,072,849 was served on the following as indicated:

<u>Via E-Mail</u>
David E. Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Plaintiff International Business Machines Corporation*

<u>Via E-Mail</u>
John M. Desmarais
Karim Z. Oussayef
Lindsey E. Miller
Raymond N. Habbaz
William A. Vieth
Benjamin Rodd
DESMARAIS LLP
IBMZyngaService@desmaraisllp.com

*Attorneys for Plaintiff International Business Machines Corporation*

Dated: March 22, 2024

Respectfully submitted,

FARNAN LLP

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar. No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301 (Fax)

bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Alyssa Caridis (admitted *pro hac vice*)
Jake O'Neal (admitted *pro hac vice*)
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street Suite 3200
Los Angeles, CA 90017
(213) 629-2020
acaridis@orrick.com
jake.oneal@orrick.com

Clement S. Roberts (admitted *pro hac vice*)
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
(415) 773-5700
croberts@orrick.com

Evan D. Brewer (admitted *pro hac vice*)
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7343
ebrewer@orrick.com

Richard F. Martinelli (admitted *pro hac vice*)
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, New York 10019
(212) 506-5000
rmartinelli@orrick.com

*Attorneys for Defendant Zynga Inc.*