# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>      Plaintiff,<br><br>      v.<br><br>ZYNGA INC.,<br><br>      Defendant. | Case No. 22-cv-590-GBW<br><br>**JURY TRIAL DEMANDED** |

**ZYNGA INC.'S CONCISE STATEMENT OF DISPUTED MATERIAL FACTS AS TO WHICH THERE IS A GENUINE ISSUE TO BE TRIED IN SUPPORT OF ITS OPPOSITION TO IBM CORP.'S MOTION FOR SUMMARY JUDGMENT #1 OF <u>NO ANTICIPATION FOR THE ASSERTED CLAIMS OF U.S. PATENT NO. 7,072,849</u>**

Dated: April 22, 2024

Alyssa Caridis (admitted *pro hac vice*)
Geoffrey Moss (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue, Suite 2700
Los Angeles, CA 90071
(213) 629-2020
acaridis@orrick.com
gmoss@orrick.com
jake.oneal@orrick.com
Clement S. Roberts (admitted *pro hac vice*)
Will Melehani (admitted pro hac vice)
Sarah K. Mullins (admitted pro hac vice
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
(415) 773-5700
croberts@orrick.com
wmelehani@orrick.com
sarahmullins@orrick.com

Brian E. Farnan (Bar. No. 4089)
Michael J. Farnan (Bar No. 5165)
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301 (Fax)
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com
Evan D. Brewer (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7343
ebrewer@orrick.com
Richard F. Martinelli (admitted *pro hac vice*)
Brooks Kenyon (admitted pro hac vice)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
(212) 506-5000
rmartinelli@orrick.com
bkenyon@orrick.com
*Attorneys for Defendant Zynga Inc.*

Pursuant to the Court's Scheduling Order (D.I. 89 ¶ 14(b)), Defendant Zynga Inc. ("Zynga") hereby provides its Concise Statement of Disputed Facts in opposition to Plaintiff International Business Machines Corp.'s ("IBM") Motion for Summary Judgment #1 (D.I. 294).

## I.  STATEMENT OF DISPUTED MATERIAL FACTS

1. IBM and its experts have repeatedly asserted that Zynga's games perform the "selectively storing" limitation of claims 1 and 13 of the '849 patent by downloading advertising objects and storing them in a cache prior to display—in other words, storing (e.g., in cache) prior to being displayed to a user. *See, e.g.*, Ex. 2 (Thompson Op., Ex. E) ¶ 188; Ex. 3 (Thompson Op., Ex. D) ¶ 261; Ex. 4 (Thompson Op., Ex. C) ¶ 154; *see also* Ex. 6 (Martin Dep.) at 71:23-73:16, 255:17-20.[1]

2. To the extent IBM and its experts' interpretation and application of the Court's construction is correct, the ▮▮▮▮▮▮▮▮ (D.I. 297, Ex. 1D) teaches the "selectively storing" limitation of claims 1 and 13 of the '849 patent. *See, e.g.*, Ex. 1 ¶¶ 1026-28.

3. To the extent IBM and its experts' interpretation and application of the Court's construction is correct, Hurly (D.I. 297, Ex. 1C) teaches the "selectively storing" limitation of claims 1 and 13 of the '849 patent. *See, e.g.*, Ex. 1 ¶¶ 1282-84.

4. To the extent IBM and its experts' interpretation and application of the Court's construction is correct, Salomon (D.I. 297, Ex. 1B) teaches the "selectively storing" limitation of claims 1 and 13 of the '849 patent. *See, e.g.*, Ex. 1 ¶¶ 1553-55.

5. Salomon teaches the "applications" limitation of claims 1, 8, 9, 12, 13, 21, and 22 of the '849 patent, which the Court construed as "information events composed of a sequence of one or more pages opened at a screen." *See, e.g.*, Ex. 1 ¶¶ 100, 150, 886, 1476-84, 1493-97, 1506-

---

[1] Unless otherwise noted, all exhibits cited herein are attached to the Declaration of Brooks J. Kenyon filed concurrently herewith.

1

10.

6. Salomon teaches "electronic magazine (EMAG) articles," which a POSITA would have understood to be the claimed "applications" of claims 1, 8, 9, 12, 13, 21, and 22 of the '849 patent. *See, e.g.*, Ex. 1 ¶¶ 100, 886, 1476-84, 1493-97, 1506-10.

| | |
|---|---|
| Dated: April 22, 2024 | Respectfully submitted,<br><br>FARNAN LLP<br><br>*/s/ Brian E. Farnan*<br>Brian E. Farnan (Bar. No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>(302) 777-0301 (Fax)<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>Clement S. Roberts (admitted *pro hac vice*)<br>Will Melehani (admitted *pro hac vice*)<br>Sarah Mullins (admitted *pro hac vice*)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>(415) 773-5700<br>croberts@orrick.com<br>wmelehani@orrick.com<br>sarahmullins@orrick.com<br><br>Alyssa Caridis (admitted *pro hac vice*)<br>Geoffrey Moss (admitted *pro hac vice*)<br>Isaac Behnawa (admitted *pro hac vice*)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>355 S. Grand Avenue, Suite 2700<br>Los Angeles, CA 90071<br>(213) 629-2020<br>acaridis@orrick.com<br>gmoss@orrick.com<br>ibehnawa@orrick.com<br><br>Brooks Kenyon (admitted *pro hac vice*)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>300 West 6th Street Suite 1850<br>Austin, TX 78701<br>(512) 582-6950<br>bkenyon@orrick.com<br><br>Evan D. Brewer (admitted *pro hac vice*)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>(650) 614-7343 |

ebrewer@orrick.com

Richard F. Martinelli (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
(212) 506-5000
rmartinelli@orrick.com

*Attorneys for Defendant Zynga Inc.*

4