# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) |
| Plaintiff, | ) C.A. No. 22-590-GBW ) |
| v. | ) **JURY TRIAL DEMANDED** ) |
| ZYNGA INC., | ) ) ) |
| Defendant. | ) |

## PLAINTIFF IBM'S MOTION FOR ENHANCED DAMAGES

Plaintiff International Business Machines Corporation ("IBM"), by and through its undersigned counsel, respectfully moves this Court for an Order enhancing the jury's damages award. The grounds for IBM's Motion are set forth in its Opening Brief filed contemporaneously herewith.

OF COUNSEL:

John M. Desmarais
Karim Z. Oussayef
Tamir Packin
Raymond N. Habbaz
Benjamin Rodd
Caitrianne Feddeler
Michael Hilyard
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400

Tuhin Ganguly
Sumeet Dang
DESMARAIS LLP
1899 Pennsylvania Avenue NW, Suite 400
Washington, D.C. 20006
Tel: (202) 451-4900

Michael R. Rhodes
DESMARAIS LLP
101 California Street
San Francisco, CA 94111
Tel: (415) 573-1900

Dated: October 22, 2024
11839968 / 00311.00032

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Andrew L. Brown (#6766)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    abrown@potteranderson.com

*Attorneys for Plaintiff International Business Machines Corporation*