# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 22-590-GBW |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| ZYNGA INC., | ) ) ) | |
| Defendant. | ) | |

## [PROPOSED] ORDER

The Court, having considered Plaintiff International Business Machines Corporation's Motion For Enhanced Damages, hereby GRANTS the Motion.

IT IS HEREBY ORDERED that the Court's Partial Judgment Following Jury Verdict (D.I. 539) is amended so that the jury's $40,000,000 damages award for the '849 Patent is enhanced by 100% (*i.e.*, $40,000,000).

Dated: _____

_____
THE HONORABLE GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE