# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>ZYNGA INC.,<br><br>    Defendant. | Case No. 22-cv-590-GBW |

## STIPULATION AND [PROPOSED] ORDER TO STAY

WHEREAS, the parties have continued to work towards a resolution of this case; and

WHEREAS, the parties have reached an agreement in principle to resolve their dispute and jointly request that the Court stay all deadlines in this case, so they can focus their efforts on finalizing the resolution;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that all deadlines in this case are stayed. If the parties have not filed a stipulation of dismissal by December 30, 2024, they shall submit a joint status report to the Court.

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
 David E. Moore (#3983)
 Bindu A. Palapura (#5370)
 Hercules Plaza, 6th Floor
 1313 N. Market Street
 Wilmington, DE 19801
 Tel: (302) 984-6000
 dmoore@potteranderson.com
 bpalapura@potteranderson.com

*Attorneys for Plaintiff International Business Machines Corporation*

Dated: December 13, 2024

FARNAN LLP

By: */s/ Brian E. Farnan*
 Brian E. Farnan (#4089)
 Michael J. Farnan (#5165)
 919 North Market Street, 12th Floor
 Wilmington, DE 19801
 Tel: (302) 777-0300
 bfarnan@farnanlaw.com
 mfarnan@farnanlaw.com

*Attorneys for Defendant Zynga Inc.*

2

SO ORDERED this ____ day of _____, 2024.

                                                                 _____
                                                                 United States District Judge